# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-3428
LT Case No. 2024-CF-000186

_____

AARON BERNARD DIXON,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for St. Johns County.
R. Lee Smith, Judge.

Michael C. Nappi, of the Office of Criminal Conflict and Civil Regional Counsel, Casselberry, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Marissa V. Giles, Assistant Attorney General, Daytona Beach, for Appellee.

December 4, 2025

PER CURIAM.

    AFFIRMED.

EISNAUGLE, SOUD, and MACIVER, JJ., concur.

————————————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————————————